Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





SECURITY DETECTION SYSTEMS,
INC.,


 Appellant,


v.


MANUEL H. GONZALEZ,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-07-00353-CV



Appeal from


 168th District Court


of El Paso County, Texas


(TC # 2006-134)




MEMORANDUM OPINION



 Pending before the Court is Appellant's motion to dismiss its appeal pursuant to
Tex.R.App.P. 42.1(a)(1) because it no longer desires to prosecute the appeal. Appellee has not
objected to the motion and there is no indication that dismissal would prevent Appellee from seeking
relief to which he would otherwise be entitled. See Tex.R.App.P. 42.1(a)(1). We therefore grant
the motion and dismiss the appeal. Costs are taxed against Appellant. See Tex.R.App.P. 42.1(d).


March 27, 2008 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.